IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-02703-WDM-MEH

REBECCA VILLANUEVA,

    Plaintiff,

v.

I.C. SYSTEM, INC., a Minnesota corporation,

    Defendant.

## NOTICE OF STIPULATED DISMISSAL

Miller, J.

    This matter is before me on the stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) (doc no 9) filed by the parties. I take judicial notice that the complaint is dismissed with prejudice, each party her or his own attorneys' fees and costs.

    DATED at Denver, Colorado, on March 11, 2009.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States Senior District Judge

PDF FINAL